UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **M. DAVID ALEXANDER** | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 5:23-cv-647 |
| | § | |
| **ALLSTATE VEHICLE AND** | § | |
| **PROPERTY INSURANCE COMPANY** | § | |
| *Defendant.* | § | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE COURT:

Now comes Plaintiff, M. David Alexander and Defendant, Allstate Vehicle and Property Insurance Company (the "Parties") in the above styled and numbered cause.

1. The Parties advise the Court that they have settled this matter.

2. The Parties will exchange settlement paperwork and dismissal documents will be forthcoming.

3. Accordingly, the Parties ask that all pending deadlines, hearings, and trial settings be removed from the Court's docket.

Respectfully submitted,

*/s/ M. David Alexander with permission*
**M. David Alexander**
State Bar No. 24096443
424 East Nueva
San Antonio, Texas 78205
(210) 224-5811
david@thebarrerafirm.com
*Plaintiff Pro Se*

And

*/s/ Sara R. Ramon*
**Michael M. Novak**
State Bar No. 24092905
mnovak@valdeztrevino.com
**Joseph E. Cuellar**
State Bar No. 24082879
jcuellar@valdeztrevino.com
**Sara R. Ramon**
State Bar No. 24125936
sramon@valdeztrevino.com
**VALDEZ & TREVIÑO ATTORNEYS AT LAW, P.C.**
Callaghan Tower
8023 Vantage Dr., Suite 700
San Antonio, Texas 78230
Phone: 210–598–8686
Fax: 210–598–8797
*Counsel for Defendant*

{00889453}                                 2

## CERTIFICATE OF SERVICE

      I do hereby certify that the foregoing instrument was served on the following counsel on July 26, 2023, pursuant to Rule 5 of the Federal Rules of Civil Procedure, via electronic service:

**M. David Alexander**
State Bar No. 24096443
424 East Nueva
San Antonio, Texas 78205
(210) 224-5811
david@thebarrerafirm.com
*Plaintiff Pro Se*

                                              */s/ Sara R. Ramon*
                                              **Sara R. Ramon**