IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| M. DAVID ALEXANDER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA-23-CV-647-FB |
| | § | |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACKNOWLEDGING SETTLEMENT, STAYING ALL PRETRIAL DEADLINES, DENYING ALL PENDING MOTIONS, CANCELING ALL SETTINGS AND REQUESTING FILING OF AN AGREED ORDER

The Court has been informed by the Joint Notice of Settlement filed by the Plaintiff and Defendant on July 26, 2023 (docket #5), that these parties have settled the matter between them. The parties advise further that they will exchange settlement paperwork and dismissal documents will be forthcoming, but the parties fail to give the Court any idea of the time needed to complete their settlement.[1]  Therefore, it is hereby ORDERED that:

1) The parties shall submit their settlement papers or stipulation of dismissal and any appropriate supporting documents on or before **August 30, 2023.**  Should the parties be unable to submit those documents by that date, the party unable to meet the deadline should move for an extension of time to file the documents.  Otherwise, the Court may dismiss the case for failure to prosecute and/or failure to follow a Court order.  FED. R. CIV. P. 16(f), 41(b).

2) This case as to the aforementioned parties is hereby STAYED, including all pretrial deadlines, if any.  If the parties fail to meet the above deadline, or are unable to finalize their settlement, the Court will set new pretrial deadlines, accelerated to account for the delay.

3) All motions pending in this action between Plaintiff and Defendant, if any, are DENIED, subject to reurging should these parties be unable to finalize their settlement of the case.  **All previously scheduled settings, if any, are hereby CANCELED**.

No extensions of the above deadline shall be granted except upon a showing of good cause.

It is so ORDERED.

SIGNED this 17th day of August, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

---

[1] Because no date was provided by the parties as to when the dismissal papers would be filed, the Court chose the deadline set forth herein.